UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED CLERKS OFFICE*
*2005 FEB 22 A 11: 55*

SNOWTREE ENTERPRISES, LLC,

    Plaintiff,

v.

SLENDER LADY, INC.,

    Defendant.

05 10341 JLT

Civil Action No. _____

### NOTICE OF APPEARANCE OF JASON W. MORGAN

Kindly enter my appearance on behalf of Defendant in the above-captioned action.

*/s/ Jason W. Morgan*
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA 02043
Tel.: (781) 749-7200
Fax: (781) 740-4335
jmorgan@dhtmlaw.com

Dated: February 18, 2005

### CERTIFICATE OF SERVICE

I, Jason W. Morgan, hereby certify that on February 18, 2005, I served a true and correct copy of the foregoing by overnight delivery upon counsel for Plaintiff, Louis M. Ciavarra, Bowditch & Dewey, LLP, 311 Main Street, Worcester, Massachusetts 01601.

*/s/ Jason W. Morgan*
Jason W. Morgan