UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SNOWTREE ENTERPRISES, LLC,

    Plaintiff,

v.

    Civil Action No. _____

SLENDER LADY, INC.,

    Defendant.

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT SLENDER LADY, INC.**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Slender Lady, Inc., by and through its counsel, states that it does not have a parent corporation and that no publicly-held company owns 10% or more of its stock.

Respectfully submitted,

SLENDER LADY, INC.,

By its counsel,

_____
Jason W. Morgan (BBO #633802)
Drohan, Hughes, Tocchio & Morgan, P.C.
175 Derby Street, Suite 30
Hingham, MA  02043
Tel.: (781) 749-7200
Fax: (781) 740-4335
jmorgan@dhtmlaw.com

Dated: February 18, 2005

## CERTIFICATE OF SERVICE

    I, Jason W. Morgan, hereby certify that on February 18, 2005, I served a true and correct copy of the foregoing by overnight delivery upon counsel for Plaintiff, Louis M. Ciavarra, Bowditch & Dewey, LLP, 311 Main Street, Worcester, Massachusetts 01601.

_____
Jason W. Morgan