UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-010341-JLT

| | |
|---|---|
| SNOWTREE ENTERPRISES LLC | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| SLENDER LADY, INC. | ) ) |
| Defendant. | ) ) |

**ASSENTED TO MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE ITS OPPOSITION TO MOTION TO DISMISS AND FOR SANCTIONS**

Plaintiff, Snowtree Enterprises LLC ("Plaintiff"), hereby moves this Court to extend the time period for responding to Defendant, Slender Lady, Inc.'s ("Defendant") Motion to Dismiss And For Sanctions to Friday, April 1. Defendant has assented to this Motion.

WHEREFORE, Plaintiff Snowtree Enterprises LLC respectfully requests that its Motion to Extend the Time be granted.

Respectfully submitted,
SNOWTREE ENTERPRISES LLC
By its attorney,

Louis M. Ciavarra (BBO #546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   March 16, 2005