UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SNOWTREE ENTERPRISES, LLC, \*
\*
     Plaintiff, \*
\*
\*
v.                                \*     Civil Action No. 05-10341-JLT
\*
\*
SLENDER LADY, INC., \*
\*
     Defendant. \*

ORDER

August 3, 2005

TAURO, J.

    This court hereby orders that:

1.    As all of the issues before this court are subject to the parties' mandatory arbitration agreement, <u>Defendant's Motion to Dismiss and for Sanctions</u> [#4] is ALLOWED to the extent that the Complaint is dismissed; and

2.    Because Defendant has not complied with Fed. R. Civ. P. 11(c)(1)(A), and because Plaintiff's arguments, though unpersuasive, were reasonable, <u>Defendant's Motion to Dismiss and for Sanctions</u> [#4] is DENIED as to the request for sanctions.

    IT IS SO ORDERED.

                                                          /s/ Joseph L. Tauro
                                                      United States District Judge